No. 79–5519.  GREEN v. WHITE, TRAINING CENTER SUPER-
INTENDENT.  C. A. 8th Cir.  Certiorari denied.

No. 79–5522.  BROWN v. UNITED STATES;
No. 79–5579.  PARSONS v. UNITED STATES; and
No. 79–5580.  CALDWELL v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.  Reported below: No. 79–5522, 605 F. 2d
1197; No. 79–5579, 605 F. 2d 1198; No. 79–5580, 605 F. 2d
1197.

No. 79–5537.  WALKER v. ESTELLE, CORRECTIONS DIRECTOR.
C. A. 5th Cir.  Certiorari denied.

No. 79–5540.  HEATH v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 79–5550.  DICKINSON v. GOLDEN ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 79–5557.  GOODE v. MARKLEY, WARDEN, ET AL.  C. A.
D. C. Cir.  Certiorari denied.

No. 79–5560.  BAILEY v. SOUTH CAROLINA.  Sup. Ct. S. C.
Certiorari denied.

No. 79–5566.  TAYLOR v. HOOPER, WARDEN.  C. A. 5th Cir.
Certiorari denied.

No. 79–5578.  FIORENTINO v. UNITED STATES.  Ct. Cl.
Certiorari denied.

No. 79–5583.  PERRY v. WAINWRIGHT, SECRETARY, DEPART-
MENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL.  C. A.
5th Cir.  Certiorari denied.